HOGAN LOVELLS US LLP
Michael M. Maddigan (Bar No. 163450)
David W. Skaar (Bar No. 265377)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.maddigan@hoganlovells.com
david.skaar@hoganlovells.com

Attorneys for Defendants
UNITED HEATHCARE INSURANCE
COMPANY; UNITED HEALTHCARE
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY CALDWELL, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY; UNITED HEALTHCARE SERVICES, INC.,<br><br>            Defendants. | Case No.  3:19-cv-2861-WHA<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD**<br><br>Action filed:    May 23, 2019<br>Judge:    Honorable William Alsup |

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF WITHDRAWAL
OF ATTORNEY OF RECORD
3:19-CV-2861

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Harmony R. Gbe (Bar No. 313241) of the law firm Hogan Lovells US LLP, located at 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067, hereby withdraws from representing Defendants UnitedHealthcare Insurance Company ("UHIC") and United HealthCare Services, Inc. ("UHS") (together, "United" or "Defendants") in the above-captioned matter. Michael M. Maddigan (Bar No. 163450) and David W. Skaar (Bar No. 265377) of the law firm Hogan Lovells US LLP, located at 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067 remain counsel of record for United in the above-captioned matter. Consistent with Local Civil Rule 11-5, written notice of this withdrawal has been provided to United. Further pursuant to Civil Local Rule 11-5, United requests that the Court approve Ms. Gbe's withdrawal.

Dated:   October 17, 2019    HOGAN LOVELLS US LLP

By: /s/ Michael M. Maddigan
    Michael M. Maddigan
    David W. Skaar

    Attorneys for Defendants
    UNITED HEATHCARE
    INSURANCE COMPANY;
    UNITED HEALTHCARE
    SERVICES, INC.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

NOTICE OF WITHDRAWAL
OF ATTORNEY OF RECORD
3:19-CV-2861