1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10   SAN FRANCISCO DIVISION
11
12  MARY CALDWELL, on behalf of         Case No. 3:19-cv-2861-WHA
    herself and all others similarly
13  situated,                            **[PROPOSED] ORDER APPROVING
                                         WITHDRAWAL OF ATTORNEY OF
14            Plaintiff,                 RECORD**
15  v.
                                         Action filed:   May 23, 2019
16  UNITEDHEALTHCARE                     Judge:          Honorable William Alsup
    INSURANCE COMPANY;
17  UNITED HEALTHCARE
    SERVICES, INC.,
18
              Defendants.
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Defendants UnitedHealthcare Insurance Company ("UHIC") and United HealthCare Services, Inc. ("UHS") (together, "United" or "Defendants") seek an order pursuant to Civil Local Rule 11-5 permitting the withdrawal of attorney Harmony R. Gbe (Bar No. 313241) of the law firm Hogan Lovells US LLP, located at 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067, from representing United in *Caldwell v. UnitedHealthcare Insurance Company, et al.*, Case No. C 3:19-cv-02861-WHA.

Pursuant to Civil Local Rule 11-5, the Court approves the withdrawal of Harmony R. Gbe.

**IT IS SO ORDERED.**

Dated:   November 19, 2019.

_____
Honorable William Alsup
U.S. District Court Judge