UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CALDWELL,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY, et al.,

    Defendants.

No. 19-cv-02861 WHA

**QUESTION TO COUNSEL**

Both sides shall answer by January 19th at noon:

What document(s), if any, warned plaintiff that she would waive her right to sue in court or that United's decision would become final if she failed to seek a second appeal and/or independent review. Parties must quote the exact language and give the Bates number and where it can be found in the summary judgment record.

**IT IS SO ORDERED.**

Dated: January 12, 2020

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE