UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CALDWELL, et al.,

    Plaintiff,

    v.

UNITEDHEALTHCARE INSURANCE COMPANY, et al.,

    Defendants.

No. C 19–02861 WHA

**ORDER GRANTING MOTION TO SEAL**

United seeks to file under seal its new medical policy regarding the treatment of lipedema using liposuction. United seeks to keep the policy non-public until it is officially published around August 2. This approach allows time to conduct the standard procedure for rolling out a new policy, including regulatory compliance, developing training materials to educate the community on the use of the policy, and informing the physician and provider community. Keeping the policy sealed avoids confusion.

The request to seal the medical policy is temporary, narrowly-tailored, and does not obstruct the public's understanding of the settlement agreement. Having shown good cause, United's request to file under seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 18, 2021

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE