UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CALDWELL,

    Plaintiff,

    v.

UNITEDHEALTHCARE INSURANCE COMPANY, et al.,

    Defendants.

No. C 19–02861 WHA

**CLARIFICATION RE FILING NAMES UNDER SEAL**

In response to the request for the list class members, both the names and addresses of class members may be filed under seal.

**IT IS SO ORDERED.**

Dated: August 20, 2021

_/s/ William Alsup_
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE