UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CALDWELL,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY, et al.,

    Defendants.

No. C 19–02861 WHA

**ORDER APPOINTING RULE 706 EXPERT**

    The Court appoints Dr. Karen Herbst, with her consent, as an expert pursuant to Federal Rule of Evidence 706. Appended to this order are the instructions required by Rule 706(b) that the Court proposes to give Dr. Karen Herbst and her curriculum vitae. We will have a phone conference on **SEPTEMBER 14, 2021, AT 7:45AM** with counsel and Dr. Herbst to introduce her and allow counsel to inquire about potential conflicts. If there is no objection from the parties by September 21, the Court will provide her with a copy of the instructions the following day.

    **IT IS SO ORDERED.**

Dated: September 13, 2021

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE