ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, CA 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

Attorneys for Plaintiff
MARY CALDWELL,
on behalf of herself and all others
similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY CALDWELL, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY; UNITED HEALTHCARE SERVICES, INC.,<br><br>　　　　　　Defendants. | Case No.: 3:19-cv-02861-WHA<br>Assigned to Hon. William H. Alsup<br>COURTROOM 12, 19th Floor<br><br>**NOTICE OF LODGING [PROPOSED] FINAL APPROVAL ORDER** |

PLEASE TAKE NOTICE that pursuant to Local Rule 5-1(f) Plaintiff hereby lodges the attached [Proposed] Final Approval Order.

DATED: December 8, 2023                                    GIANELLI & MORRIS

                                                         By:     /s/ Joshua S. Davis
                                                                   ROBERT S. GIANELLI
                                                                   JOSHUA S. DAVIS
                                                                   ADRIAN J. BARRIO
                                                                   Attorneys for Plaintiff
                                                                   MARY CALDWELL