UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CALDWELL,

    Plaintiff,

  v.

UNITEDHEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE SERVICES, INC.,

    Defendants.

No. 19-cv-02861

**JUDGMENT**

For the reasons stated in the accompanying order granting final approval of the class settlement (Dkt. No. 265), final judgment is hereby entered in accordance with the settlement agreement. The court reserves jurisdiction to enforce the settlement and to award further attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 27, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE