UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CALDWELL,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY, et al.,

    Defendants.

No. 19-02861 WHA

**ORDER DENYING REQUEST TO APPEAR REMOTELY**

In the judge's experience, telephonic hearings of this nature are awkward and inconducive to a proper hearing, and thus such motions are essentially never granted, as outlined in the undersigned judge's standing orders. When filing this civil action in this district, counsel should have expected to appear in this district in person, especially for a status conference regarding the settlement in this matter. The request to appear remotely is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 5, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE